**DISMISS and Opinion Filed October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00694-CV**

**CITY OF DALLAS, Appellant**
**V.**
**STEVEN H. BLOCK AND PATRICE S. BLOCK, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10239**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Osborne

Before the Court is appellant's motion to dismiss the appeal. We **GRANT**

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Leslie Osborne//
LESLIE OSBORNE
210694f.p05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-21-00694-CV          V.

STEVEN H. BLOCK AND
PATRICE S. BLOCK, Appellees

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-10239.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees STEVEN H. BLOCK AND PATRICE S. BLOCK recover their costs of this appeal from appellant CITY OF DALLAS.

Judgment entered this 19th day of October, 2021.